# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ALL DIVISIONS

## CASES ASSIGNED TO THE HONORABLE GRAHAM C. MULLEN

| | | |
|---|---|---|
| **ANDERS V. COLVIN** | 1:13CV284 | ) |
| **PADGETT V. COLVIN** | 1:14CV44 | ) |
| **ABEE V. COLVIN** | 1:14CV76 | ) |
| **COLE V. COLVIN** | 1:14CV132 | ) |
| **CASTRO V. COLVIN** | 1:14CV213 | ) |
| **JOLLEY V. COLVIN** | 1:14CV230 | ) |
| **BIRCHFIELD V. COLVIN** | 1:15CV53 | ) |
| **JOHNSON V. COLVIN** | 1:15CV60 | ) |
| **MAY V. COLVIN** | 1:15CV90 | ) |
| **MOTE V. COLVIN** | 1:15CV96 | ) |
| **CALDWELL V. COLVIN** | 2:14CV19 | ) |
| **TAYLOR V. COLVIN** | 3:14CV510 | ) |
| **POIRIER V. COLVIN** | 3:14CV632 | ) |
| **BOYD V. COLVIN** | 3:14CV673 | ) |
| **JACKSON V. COLVIN** | 3:15CV16 | ) |
| **CERDA V. COLVIN** | 3:15CV146 | ) |
| **PLYLER V. COLVIN** | 3:15CV209 | ) |
| **WOZNICK V. COLVIN** | 5:13CV160 | ) |
| **LINARES V. COLVIN** | 5:14CV120 | ) |
| **KRIEGER V. COLVIN** | 5:14CV134 | ) |
| **POWER V. COLVIN** | 5:14CV148 | ) |
| **SMITH V. COLVIN** | 5:14CV164 | ) |
| **PINKERTON V. COLVIN** | 5:14CV173 | ) |
| **PRESNELL V. COLVIN** | 5:14CV184 | ) |
| **HEATH V. COLVIN** | 5:15CV8 | ) |
| **DAVIDSON V. COLVIN** | 5:15CV27 | ) |

**THIS MATTER** is before the Court *sua sponte* in light of *Mascio v. Colvin*, 780 F.3d 632 (4th Cir. 2015).[1] The parties are hereby directed to consult one another and discuss, in good faith, whether the ruling in *Mascio* requires sentence four remand pursuant to 42 U.S.C. § 405(g)

---

[1] The mandate issued on May 11, 2015.

for rehearing or other administrative proceedings. The parties shall then advise the Court via Status Report to be filed with the Court **on or before June 15, 2015** on this issue, namely, whether remand to the Commissioner of Social Security is appropriate. The Status Report must certify that counsel have, in fact, discussed *Mascio* and its implication in the specific case. If a consent to remand is not proposed and supplemental briefing is requested by either party, all supplemental filings should be submitted **on or before June 22, 2015.**[2]

**IT IS SO ORDERED.**

Signed: June 1, 2015

Graham C. Mullen
United States District Judge

---

[2] This does not apply to cases in which supplemental briefing has already taken place.