# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| PHILIP ANDERS, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:13-cv-00284-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 6, 2015 Order.

August 6, 2015

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court